JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

E-FILED 02/19/14

JS-6

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-3695-PGS-CWx |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| NATTINEQUE MCCLAIN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Nattineque Mcclain, in the principal amount of $2,944.42 plus interest accrued to May 15, 2013, in the sum of $5,505.65; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$8,450.07**.

DATED: 02/18/14          By: _____

Philip S. Gutierrez
United States District Judge